## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUSAN KAISER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV218 |
| | ) | |
| V. | ) | |
| | ) | |
| GALLUP, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on Plaintiff's Unopposed Motion for Trial Venue in Lincoln, Nebraska.  (Filing 7.)

Having considered the matter, including the location of the parties and counsel of record, the Court concludes that trial should be conducted in Lincoln, Nebraska.

Accordingly,

**IT IS ORDERED** that Plaintiff's Unopposed Motion for Trial Venue in Lincoln, Nebraska (filing 7) is granted.  Trial of this matter will take place in Lincoln, Nebraska.  The Clerk of Court shall modify the docket sheet to reflect this change in trial location.

**DATED July 31, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**