IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUSAN KAISER, | ) | |
| | ) | Case No. 8:13cv218 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GALLUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the court on the Stipulated Motion to Amend the Progression Order (#42). The motion will be granted.

**IT IS ORDERED** that the provisions of the court's earlier, progression order (#39) remain in effect, and in addition to those provisions, the following amended deadlines shall apply:

1. **Discovery Deadlines:**

    a. **Deposition Deadline.** All non-expert depositions, whether or not they are intended to be used at trial, shall be completed by **August 14, 2014.** Expert depositions shall be completed by **October 15, 2014**.

    b. **Written Discovery Deadline.** All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be completed by **July 30, 2014**. Counsel may stipulate to extensions of time to respond to discovery requests in accordance with Fed. R. Civ. P. 29, but such extensions shall not extend any of the dates in this order; **any request to extend the deadlines of this order shall be sought by motion**.

    c. **Discovery Motions.** Discovery motions shall be filed not later than **August 5, 2014,** as to matters which are then ripe for decision; discovery matters arising after that date may be the subject of motions until the deposition deadline. Counsel are reminded of the provisions of NECivR 7.0.1(i).

2.  **Motions to Alter Dates.**  All requests for changes of deadlines or settings established herein shall be directed to the magistrate judge by appropriate motion, including all requests for changes of trial dates.  Such motions shall not be considered in the absence of a showing by counsel of due diligence in the timely development of this case for trial and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

**DATED:   June 18, 2014.**

                               **BY THE COURT:**


                               **s/ F.A. Gossett, III**
                               **United States Magistrate Judge**