# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUSAN KAISER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV218 |
| | ) | |
| V. | ) | |
| | ) | |
| GALLUP, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Motion to Amend Progression Order (filing 123).  The motion is granted.

Accordingly,

**IT IS ORDERED:**

1. Motions in limine, other than those challenging the admissibility of expert testimony, shall be filed within 21 days of the Court's ruling on Defendant's Motion for Summary Judgment, but by no later than June 12, 2015.

2. Non-expert witnesses shall be disclosed within 21 days of the Court's ruling on Defendant's Motion for Summary Judgment, but by no later than June 12, 2015.

3. Trial exhibits shall be identified within 21 days of the Court's ruling on Defendant's Motion for Summary Judgment, but by no later than June 12, 2015.

**DATED April 8, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**